**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tenisha L. Torrence<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0780<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–16026–ABA | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tenisha L. Torrence

7/13/18

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                             Case No. 15-16026-ABA
Tenisha L. Torrence                                                Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Jul 13, 2018
                               Form ID: 3180W           Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db             +Tenisha L. Torrence,   76 Vanderbilt Ct,   Sicklerville, NJ 08081-2916
cr             +Nationstar Mortgage LLC,   Robertson, Anschutz, Schneid, P.L.,   6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
515427009      +Bank Of America,   PO Box 941000,   Simi Valley, CA 93094-1000
515520179      +Bank of America NA,   Prober & Raphael, A Law Corporation,   20750 Ventura Boulevard, Suite 100,
                 Woodland Hills, CA 91364-6207
515474564      +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
515427019     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: NationStar Mortgage,   350 Highland Dr,   Lewisville, TX  75067)
516678102      +Nationstar Mortgage LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue,,
                 Suite 100,   Boca Raton, FL 33487-2853
515576644      +Nationstar Mortgage, LLC,   c/o Zucker Goldberg & Ackerman,   200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
515427021       Office Of Attorney General,   Richard J Hughes Justice Complex,   25 Market St, P.O. Box 112,
                 Trenton, NJ  08625-0112
515427022     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,   Divison Of Taxation,   P.O. Box 245,
                 Trenton, NJ  08695)
515427024      +United Collections Bureau Inc,   Po Box 1448,   Maumee, OH 43537-8448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2018 23:35:52     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2018 23:35:47     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515427008      +E-mail/Text: bankruptcy@pepcoholdings.com Jul 13 2018 23:35:24     Atlantic City Electric,
                 Pepco Holdings Inc, Bankruptcy Division,   5 Collins Drive Suite 2133,
                 Carneys Point, NJ 08069-3600
515547598      +EDI: BANKAMER.COM Jul 14 2018 03:03:00     Bank of America, N.A.,   Bankruptcy Department,
                 P.O. Box 26012, NC4-105-02-99,   Greensboro, NC 27420-6012
515564058      +E-mail/Text: bncmail@w-legal.com Jul 13 2018 23:36:04     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515427011       EDI: CITICORP.COM Jul 14 2018 03:13:00     Citi Cards,   PO Box 182564,   Columbus, OH  43218
515427010       EDI: CAPITALONE.COM Jul 14 2018 03:13:00     Capital One Bank,   Po Box 30281,
                 Salt Lake City, CT  84130-0281
515557256      +E-mail/Text: bankruptcy@cavps.com Jul 13 2018 23:36:16     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
515427012       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jul 13 2018 23:36:34     Comcast,
                 PO Box 3006,   Southeastern, PA  19398-3006
515427013      +EDI: IRS.COM Jul 14 2018 03:13:00     Internal Revenue Service,   1601 Market Street,
                 Philadelphia, PA 19103-2301
515427017       EDI: RMSC.COM Jul 14 2018 03:13:00     JCPenney,   Po Box 960090,   Orlando, FL  32896-0090
515427018       EDI: TSYS2.COM Jul 14 2018 03:13:00     Macys,   P.O Box 183083,   Columbus, OH  43218-3083
515427020       EDI: WFNNB.COM Jul 14 2018 03:13:00     New York & Co,   PO Box 659728,
                 San Antonio, TX  78265-9728
515664146       EDI: PRA.COM Jul 14 2018 03:13:00     Portfolio Recovery Associates, LLC,
                 c/o JC Penney Credit Card,   POB 41067,   Norfolk VA 23541
515552336       EDI: Q3G.COM Jul 14 2018 03:13:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
515488603      +E-mail/Text: bncmail@w-legal.com Jul 13 2018 23:36:04     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515427023       EDI: WTRRNBANK.COM Jul 14 2018 03:13:00     Target Card Services,   PO Box 660170,
                 Dallas, TX  75266-0170
515427025      +EDI: TSYS2.COM Jul 14 2018 03:13:00     US Airways,   Card Services,   PO Box 13337,
                 Philadelphia, PA 19101-3337
516868770       EDI: ECAST.COM Jul 14 2018 03:13:00     eCAST Settlement Corporation,   PO Box 29262,
                 New York NY 10087-9262
515552762       EDI: ECAST.COM Jul 14 2018 03:13:00      eCAST Settlement Corporation, assignee,
                 of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515427014*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   PO Box 724,   Springfield, NJ  07081)
515427016*      Internal Revenue Service,   Special Procedure Branch,   PO Box 744,
                 Springfield, NJ  07081-0744
515427015*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
515580293*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,   PO Box 619096,   Dallas, TX 75261-9741)
                                                                                TOTALS: 0, * 4, ## 0
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 13, 2018
                              Form ID: 3180W           Total Noticed: 31
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2018 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage, LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Seymour   Wasserstrum    on behalf of Debtor Tenisha L. Torrence mylawyer7@aol.com,
           ecf@seymourlaw.net
                                                                                             TOTAL: 6